[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
October 25, 2007
THOMAS K. KAHN
CLERK

No. 06-15572
Non-Argument Calendar

_____

D. C. Docket No. 05-00036-CR-5-4S

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VINCENTE GUERRERO-GOMEZ,
a.k.a. Augustine Ochoa Heredia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(October 25, 2007)**

Before BIRCH, DUBINA and MARCUS, Circuit Judges.

PER CURIAM:

Spiro T. Kypreos, appointed counsel for Vincente Guerrero-Gomez, a.k.a.

Augustine Ochoa Heredia, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guerrero-Gomez's conviction and sentence are **AFFIRMED**.